# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Vasbinder Jordan , Mr.; Scottsdale Worship Cener, Inc.

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Christopher J Charles , Mr.**
Provident Law
14646 N. Kierland Boulevard, Suite 230
Scottsdale, Arizona  85254
(480) 388-2242

**Samuel J. Doncaster , Mr.**
Provident Law
14646 N. Kierland Boulevard, Suite 230
Scottsdale, Arizona  85254
(48) 388-3343

**Defendant(s):** City of Phoenix ; City of Phoenix Board of Adjustment

County of Residence: Maricopa

Defendant's Atty(s):

**Paul M. Li , Mr.**
City of Phoenix City Attorney
200 W. Washington, #1300
Phoenix, Arizona  85003
(602) 262-6761

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2018-053613**

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties (Diversity Cases Only)
     Plaintiff:- N/A
     Defendant:- N/A

IV. Origin :   2. Removed From State Court

V. Nature of Suit:   440 Other Civil Rights

VI. Cause of Action:   1st and 14th Amendment, ADA, RLUIPA

VII. Requested in Complaint

    Class Action: **No**
    Dollar Demand: **N/A**
    Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature: Paul M. Li**

**Date: 10/22/2018**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Scottsdale Worship Center, Inc. Jordan Vasbinder | Plaitniffs | Christopher Charles, AZ State Bar No. 023148 Samuel Doncaster, AZ State Bar No. 028541 Provident Law 14646 N. Kierland boulevard, Suite 230 Scottsdale, AZ 85254 |
| City of Phoenix City of Phoenix Board of Adjustment | Defendants | Paul M. Li AZ State Bar No. 021893 City of Phoenix Attorney's Office 200 W. Washington #1300 Phoenix, AZ 85003 |
| | | |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ◯   No ⦿
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ⦿   No ◯
   If "Yes," by which party and on what date?

   Plaintiffs Scottsdale Worship Center, Inc. and Jordan Vasbinder                                    10/01/2018

4. **Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| City of Phoenix | 10/01/2018 | E-Service |
| City of Phoenix Board of Adjustment | 10/01/2018 | E-Service |
| | | |

5. **Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| None | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| None | |
| | |
| | |

7. **Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Scottsdale Worship Center, Inc. Jordan Vasbinder | Arbitrarily and Capricious Quasi-Judicial Decision Violation of Civil Rights - 1st and 14th Amendment |
| | Violation of State Statuory Rights Violation of Federal Statutory Rights - RLUIPA and ADA |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**